**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In re: | Bankruptcy No. 25-10488-amc |
| Robert A. DeFelice, Jr., | Chapter 13 |
|     Debtor. | |
| U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST, | |
|     Movant, | |
|     v. | |
| Robert A. DeFelice, Jr., | |
|     Debtor/Respondent, | |
| SCOTT F. WATERMAN, | |
|     Trustee/Respondent. | |

**STIPULATION RESOLVING MOTION FOR RELIEF FROM STAY**

U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST ("Secured Creditor" or "Movant"), and Robert A. DeFelice, Jr., ("Debtor"), by and through the undersigned attorneys, hereby stipulate as follows:

**I.     BACKGROUND:**

1. On May 8, 2007, Robert A. DeFelice executed and delivered a Promissory Note ("Note") and Mortgage ("Mortgage") securing payment of the Note in the amount of $107,100.00.

2. The Mortgage was recorded on May 11, 2007 with the Delaware County Recorder of Deeds.

3. The Mortgage was secured as a lien against the real property located in Delaware County commonly

known as 1008 Windsor Rd., Collingdale, Pennsylvania 19023-1026 (the "Property").

4. The Note and Mortgage were last assigned to U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST.

5. Debtor defaulted under the terms of the Note and Mortgage by failing to make monthly post-petition payments of principal, interest and escrow when they became due. As of August 8, 2025 the post-petition arrears owed Movant is $4,405.06 and which represents May 1, 2025 through August 1, 2025 in the amount of $851.01 each, less a suspense balance of $547.98.

6. Thus, Debtor's post-petition arrears currently total $2,856.06.

7. Debtor further acknowledges that additional payments of principal, interest and escrow currently in the amount of $851.01 monthly shall become due under the Note and Mortgage on the 1st day of each successive month, beginning September 1, 2025 until the Note is paid in full. Debtor also acknowledges that the monthly payment is subject to change and remains responsible for same.

8. U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST, and Debtor mutually agree to resolve Debtor's post-petition arrears in accordance with the terms set forth below:

II. **STIPULATION FOR RELIEF FROM STAY**

9. Debtor confirms and acknowledges his financial obligations to U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST under the Note and Mortgage.

10. Debtor further confirms and acknowledges his failure to make post-petition payments of principal, interest and escrow in the amount of post-petition arrearage as set forth in Paragraphs 5 and 6 above.

11. Debtor further confirms and acknowledges his obligation to make regular post-petition payments of principal, interest and escrow going forward from September 1, 2025 as set forth in Paragraph 7 above.

12. Debtor further agrees to resume monthly post-petition payments of principal, interest and escrow in the amount of $851.01each (Debtor acknowledges that the monthly payment amount is subject to change) which shall become due on the 1st day of each month beginning September 1, 2025 until his obligation to U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST, its successors and/or assigns under the Note is paid in full.

13. Debtor agrees to submit an immediate payment of $851.01 upon entry of this stipulation. Debtor further agrees to file an Amended Plan within 10 days of the entry of an Order Approving this Stipulation that will include treatment of the remaining post-petitions arrears owed to U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST.  The Plan shall include language that the post-petition arrears through  August 1, 2025 shall be paid over the remaining life of the plan in payments by the Chapter 13 Trustee.  If required, U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST shall file a supplemental claim or amended proof of claim reflecting the post-petition arrears through August 1, 2025.

Payments should be remitted to:

**Selene Finance LP**
**3501 Olympus Blvd.,**
**Suite 500**
**Dallas, TX 75019**

14. In the event that Debtor converts to a Chapter 7 bankruptcy during the pendency of this

bankruptcy case, the Debtor(s) shall cure the pre-petition and post-petition arrears within ten (10) days from date of conversion. Should the Debtor fail to cure the arrears, U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST, will issue and serve upon Debtor's attorney written notification of default ("Notice") of this Stipulation. If the default is not cured within fifteen (15) days of the Notice, U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST, may file a Certification of Default with the Bankruptcy Court ("Court") and the Court shall enter an Order granting relief from the Automatic Stay.

15. In the event the Debtor defaults on his obligations under this Stipulation by failing to comply with the provisions as set forth above in Paragraph 11 and/or tender in full any of the payments described in Paragraph 12, on or before the dates upon which they are due, then U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST, its successors and/or assigns shall serve attorney for the Debtor via facsimile, electronic mail, and/or First Class Mail, postage prepaid, with written notification of the default. In the event that Debtor fails to cure the default within fifteen (15) days of the date of the Notice, then, U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST may file a Certification of Default with the Court and the Court shall enter an Order granting relief from the Automatic Stay, where upon U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST, or its successors and/or assigns may exercise its rights against the mortgaged property under the terms of this Stipulation

without further notice to Debtor or the Order of this Court. If Movant is required to issue a Notice of Default, the Debtor shall pay $125.00 per Notice, as attorney fees, in addition to all funds required to fully cure the default prior to the expiration of the allowed cure period.

16. In addition, Debtor agrees that he is not permitted more than two (2) defaults from the date of this Stipulation. Debtor agrees that if he defaults under the terms of this Stipulation more than two (2) times, then, without further notice, U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST, its successors and/or assigns may file a Certification of Default with the Court and the Court shall enter an Order granting relief from the Automatic Stay, where upon U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST, its successors and/or assigns may exercise its rights against the mortgaged property under the terms of this Stipulation.

17. Neither U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST's consent to this Stipulation nor U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST's acceptance of any payments tendered by or on behalf of Debtor shall be construed as a waiver of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST's right to proceed with a foreclosure other legal action against Debtor under this Stipulation. However, U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST, agrees to credit the mortgage account of Debtor for all payments made in accordance with this Stipulation, the Note

and/or Mortgage.

18. This Stipulation may only be modified by a revised Stipulation filed on the docket in the U.S. Bankruptcy Court ("Court"). No oral modifications are permitted and any allegation that the Stipulation was modified orally will be disregarded as evidence. No written modifications are permitted, except for a revised Stipulation as filed on the docket in the Bankruptcy.

19. Debtor hereby certifies and confirms that he reviewed the terms of the Stipulation with his attorney, understands and is in agreement with the terms of this Stipulation, and authorizes his attorney to execute this Stipulation on his behalf.

IT IS HEREBY STIPULATED:

By: /s/ Sherri R. Dicks          Date: 8/22/2025
Sherri R. Dicks, Esq.
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
PA Bar No. 90600
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7113
Email: sdicks@raslg.com
Attorneys for Movant

/s/ Brad J. Sadek          *with express permission*     Date: 8/19/2025
BRAD J. SADEK
Sadek Law Offices, LLC
1500 JFK Boulevard, Ste. 220
Philadelphia, PA 19102
215-545-0008
Facsimile : 215-545-0611
Email: brad@sadeklaw.com

NO OPPOSITION:

/s/ Ann Swartz          *with express permission*     Date: 8/19/2025
SCOTT F. WATERMAN
Chapter 13 Trustee
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606
(610) 779-1313