**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Robert A. DeFelice, Jr.,<br>　　Debtor.<br><br>Selene Finance, LP as servicer for U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST,<br>　　Movant,<br><br>　　v.<br><br>Robert A. DeFelice, Jr.,<br>　　Debtor/Respondent,<br><br>Scott F. Waterman,<br>　　Trustee/Additional Respondent. | Bankruptcy No. 25-10488-amc<br><br>Chapter 13 |

## CREDITOR'S CERTIFICATION OF DEFAULT

I, Michelle L. McGowan, Esquire, attorney for Selene Finance, LP as servicer for U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION ("Plaintiff"), certifies as to the following:

1. I am an attorney for Selene Finance, LP as servicer for U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION, and am duly authorized to make this certification.

2. On August 22, 2025, a Stipulation (at Docket Entry No. 29) and on August 28, 2025, an Order Approving Stipulation (at Docket Entry No. 30) were entered, which required the Debtor to make certain payments to Plaintiff to cure specified arrearages and maintain

future accruing payments.  *see* Composite Exhibit "A"..

3. On November 22, 2025, Plaintiff, by counsel, served on Debtor, Debtor's counsel, and the Trustee a Notice of Default setting forth that Debtor was in default in the provisions of the Stipulation.  *see* Exhibit "B".

4. The November 22, 2025, Notice of Default ("Notice") provided that the sum of $1,653.03 was required from the Debtor to cure the default.

5. The Notice of Default advised that if either the Debtor or the Trustee did not, within fifteen (15) days of service of the Notice, either cure the default, file an Objection stating that no default exists, or file an Objection stating any other reason why a relief Order should not be entered, Plaintiff could submit a Certification stating that its compliance with the notice requirements of the Order and the Court may grant relief from the automatic stay without further notice to Debtor, and, if granted such relief, the real property located at 1008 Windsor Rd., Collingdale, PA 19023-1026 may be foreclosed and/or sold at Sheriff Sale.

6. Neither the Debtor nor the Trustee has cured the default, filed an objection with the Court stating that no default exists, or filed an objection with the Court stating any other reason why an order granting relief from the automatic stay should not be entered.

7. That, in accordance with the terms of the Order Approving Stipulation entered on August 28, 2025, Plaintiff is entitled to relief from the automatic stay as to the real property located at 1008 Windsor Rd., Collingdale, Pennsylvania 19023-1026.

Date: 12/30/2025

Robertson, Anschutz, Schneid, Crane
& Partners, PLLC
Attorneys for Secured Creditor
13010 Morris Rd, Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7113

By: /s/ Michelle L. McGowan
Michelle L. McGowan, Esq.