**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|    Robert A DeFelice, Jr. | : | Chapter 13 |
| | : | Case No.: 25-10488-AMC |
|    Debtor(s) | : | |

## OBJECTION TO CERTIFICATION OF DEFAULT

     Debtor, Robert A DeFelice, Jr., by and through their undersigned counsel Brad J. Sadek, hereby objects U.S. Bank Trust National Association's Certification of Default on the following basis:

     It is Denied that Debtor/Borrower, Robert A DeFelice, Jr., is delinquent on August 22, 2025, stipulation. If the Debtor/Borrower is delinquent, he shall be current prior to the hearing on the lender's instant Certification of Default.

     WHEREFORE, Debtor respectfully requests this Honorable Court to DENY Movant's Order requesting Relief from the Automatic Stay.

Dated: January 2, 2026             /s/ Brad J. Sadek, Esq.
                                                            Brad J. Sadek, Esquire
                                                            Attorney for Debtor(s)
                                                            Sadek Law Offices, LLC
                                                            1500 JFK Boulevard, Suite #220
                                                            Philadelphia, PA 19102
                                                            brad@sadeklaw.com
                                                            215-545-0008